JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. TOOL GRINDING, INC., a Missouri corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ALATUS AEROSYSTEMS, a California corporation,<br><br>Defendant. | Case No.: 2:21-cv-03418 JVS-RAO<br><br>Hon. James V. Selna<br><br>**ORDER OF DISMISSAL**<br><br>*[Filed concurrently with Stipulation of Dismissal]*<br><br>Complaint Filed: April 21, 2021<br>Trial Date: Vacated |

ORDER OF DISMISSAL

# ORDER

The Court, having reviewed the accompanying stipulation of Plaintiff U.S. Tool Grinding, Inc. ("**Plaintiff**") and Defendant Alatus Aerosystems ("**Defendant**") (collectively the "**Parties**"), dated February 17, 2022, and good cause appearing thereon,

**IT IS HEREBY ORDERED THAT:**

1. Notwithstanding the dismissal ordered herein, the Court retains jurisdiction in this case to enforce the terms of the Parties' Settlement Agreement;

2. The Court hereby dismisses this action in its entirety; and

3. Each Party is to bear their own fees and costs incurred in this action.

**IT IS SO ORDERED.**

Dated: March 01, 2022

_____
Hon. James V. Selna